**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:17-CV-070-DCK**

| | |
|---|---|
| **CRYSTAL GAIL BRYSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NANCY A. BERRYHILL,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are ripe motions for summary judgment pending before the Court.

The undersigned finds that a hearing on the pending motions may assist the Court's prompt disposition of this case. As such, the undersigned directs counsel for each side to appear on **June 7, 2018**, prepared to discuss the status of this case and to argue the merits of the pending motions. In preparation for the hearing, counsel for the parties are further directed to confer with each other by telephone on or before **May 22, 2018**, in a good faith attempt to resolve or narrow the issues in this case.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff and Defendant shall appear before this Court at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, on **June 7, 2018**. A specific courtroom and hearing time will be announced at a later date.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Joint Notice, on or before **May 24, 2018**, confirming that they have conferred regarding the issues in this case as directed herein, and describing the results of that conference.

**SO ORDERED**.

Signed: May 2, 2018

David C. Keesler
United States Magistrate Judge