# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-070-DCK

| | |
|---|---|
| CRYSTAL GAIL BRYSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> **Acting Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Payment Of Attorney Fees Under The Equal Access To Justice Act" (Document No. 31) filed September 6, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Order For Payment Of Attorney Fees Under The Equal Access To Justice Act" (Document No. 31) is **GRANTED**, and that Plaintiff shall be, and hereby is, awarded the sum of Three-Thousand Dollars ($3,000.00) for attorney fees and costs in full satisfaction of any and all claims against Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time.

**IT IS FURTHER ORDERED** that payment of such amounts shall be made directly to the Plaintiff's attorney.

Signed: September 6, 2018

David C. Keesler
United States Magistrate Judge